**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| ANGELINA WAGNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | No. 08-2542-KHV |
| MIDWEST DIVISION MMC, LLC, ) | |
| d/b/a MENORAH MEDICAL CENTER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER TO SHOW CAUSE

Plaintiff, a Missouri citizen, brings suit against Midwest Division MMC, LLC. Plaintiff's sole basis for subject matter jurisdiction is diversity of citizenship. See Complaint (Doc. #1) filed October 30, 2008 ¶ 4; 28 U.S.C. § 1332. Section 1332 requires complete diversity between all plaintiffs and all defendants. Radil v. Sanborn W. Camps, Inc., 384 F.3d 1220, 1225 (10th Cir. 2004).

Plaintiff alleges that Midwest Division MMC, LLC is a Delaware corporation. Complaint (Doc. #1) ¶ 2. For the purpose of diversity jurisdiction, however, an LLC is a citizen of each state of which a member is a citizen. Birdsong v. Westglen Endoscopy Ctr., LLC, 176 F. Supp.2d 1245, 1248 (D. Kan. 2001); see also Pramco, LLC v. San Juan Bay Marina, Inc., 435 F.3d 51, 54 (1st Cir. 2006) (every circuit to consider issue has held that citizenship of LLC is determined by citizenship of all of its members). The complaint does not allege the citizenship of each member of Midwest Division MMC, LLC and it therefore fails to properly allege subject matter jurisdiction.

**IT IS THEREFORE ORDERED** that on or before **December 29, 2008**, plaintiff show good cause in writing why her complaint should not be dismissed for lack of subject matter jurisdiction.

Dated this 12th day of October, 2008 at Kansas City, Kansas.

                                                  s/ Kathryn H. Vratil
                                                  Kathryn H. Vratil
                                                  United States District Judge